**STATE of Missouri, Respondent,**

v.

**Salindra EVANS, Appellant.**

**No. 62887.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 25, 1994.

---

David C. Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John Munson Morris, F. Martin Dajani, Asst. Attys. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J. and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Defendant was convicted of possession of a controlled substance and interfering with an arrest. On appeal, Defendant alleges there was insufficient evidence to support her conviction for interfering with an arrest. We affirm.

Further, we find no jurisprudential purpose would be served by a written opinion and affirm by summary order. Rule 30.-25(b). A memorandum setting forth the reasons for our decision has been issued to the parties for their use only.